**Order entered November 10, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00731-CR
No. 05-22-00732-CR
No. 05-22-00733-CR
No. 05-22-00734-CR
No. 05-22-00735-CR
No. 05-22-00736-CR

**DAMON TODD WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-84961-2019, 199-84963-2019, 199-82871-2020,**
**199-82872-2020, 199-83121-2020 & 199-80181-2020**

**ORDER**

Before the Court is appellant's pro se motion for access to the appellate record for the purpose of filing a pro se response to counsel's motion to withdraw and supporting *Anders* brief.

We **GRANT** the motion and **ORDER** appellate counsel Maria Tu to provide appellant with paper copies of the clerk's and reporter's records in the above case.

We further **ORDER** appellate counsel to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant and to verify for the Court appellant's current address.[1]

Appellant's pro se response is due by **January 16, 2023**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Maria Tu; and Lisa Braxton, Chief of the Appellate Division, Collin County District Attorney's office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Damon Todd White, SO# 371805, Collin County Detention Facility, 4300 Community Avenue, McKinney, Texas 75071.

We further **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Damon Todd White, 1700 Clearbrook Drive, Allen, Texas 75002.

/s/    LANA MYERS
JUSTICE

---

[1] Appellant's motion for access recites a return address to the Collin County Detention Facility and was postmarked on November 4, 2022. According to Collin County's online jail records, appellant is no longer being held in the county detention facility.